**Graciela SOLORIO, Plaintiff–
Appellant,**

v.

**COUNTY OF FRESNO; et al.,
Defendants–Appellees.**

No. 14-17192

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2016 *

Filed August 26, 2016

Graciela Solorio, Pro Se.

Arthur Gregory Wille, Senior Deputy
County Counsel, Bruce B. Johnson, Es-
quire, OFFICE OF THE COUNTY
COUNSEL, Fresno, CA, for Defendants–
Appellees.

Before: O'SCANNLAIN, LEAVY, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Graciela Solorio appeals pro se from the
district court's judgment dismissing her
employment action alleging federal and
state claims. We have jurisdiction under 28
U.S.C. § 1291. We review de novo the
district court's dismissal of an action based
on res judicata. *Stewart v. U.S. Bancorp*,
297 F.3d 953, 956 (9th Cir. 2002). We
affirm.

The district court properly dismissed
Solorio's action as barred by the doctrine
of res judicata because the claims were
based on the same primary right asserted
in a prior state court action that was dis-
missed. *See Manufactured Home Cmtys.
Inc. v. City of San Jose*, 420 F.3d 1022,
1031 (9th Cir. 2005) ("To determine the
preclusive effect of a state court judgment
federal courts look to state law. ... Cali-
fornia's res judicata doctrine is based on a
primary rights theory" (citation omitted));
*Fed'n of Hillside & Canyon Ass'ns v. City
of Los Angeles*, 126 Cal.App.4th 1180, 24
Cal.Rptr.3d 543, 557 (2004) (setting forth
elements of res judicata under California
law).

The district court did not abuse its dis-
cretion in denying Solorio's motion to re-
consider because Solorio failed to put forth
any basis that would warrant reconsidera-
tion. *See Sch. Dist. No. 1J, Multnomah
Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255,
1262 (9th Cir. 1993) (setting forth standard
of review); *see also Kona Enter., Inc. v.
Estate of Bishop*, 229 F.3d 877, 890 (9th
Cir. 2000) (reconsideration under Rule
59(e) is an "extraordinary remedy, to be
used sparingly in the interests of finality
and conservation of judicial resources" (ci-
tation and internal quotation omitted)).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
 suitable for decision without oral argument.
 *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
 cation and is not precedent except as provid-
 ed by Ninth Circuit Rule 36-3.